690 A.2d 604

PPG INDUSTRIES, INC. v. ACCIDENT AND
CASUALTY INSURANCE COMPANY
OF WINTERTHUR, ET AL.

February 20, 1997.

ORDER

Leave to appeal is granted.

690 A.2d 604

PATRICIA A. HEUER v. GILBERT J. HEUER.

February 25, 1997.

ORDER

Leave to appeal is granted.

690 A.2d 604

THE SKEBA AGENCY v. WASHINGTON ASSOCIATES, ET AL.

February 27, 1997.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.